WISCONSIN GAS & ELECTRIC COMPANY, Appellant, vs. TAX COMMISSION and others, Respondents.

*March 8—April 5, 1932.*

For the appellant there was a brief by *Shaw, Muskat & Sullivan* of Milwaukee, and oral argument by *James D. Shaw.*

For the respondents there was a brief by the *Attorney General* and *F. C. Seibold* and *Samuel Bryan,* assistant attorneys general, and oral argument by *Mr. Seibold* and *Mr. Bryan.*

FRITZ, J. So far as now material, the facts and issues in this case are substantially similar to those involved in the companion case of *Milwaukee E. R. & L. Co. v. Tax Commission,* decided herewith (*ante,* p. 523, 242 N. W. 312), excepting that the street railway system which appellant operates is confined to the city of Kenosha. It has supplemented that system with busses, including some used on lines operated by it in adjacent rural territory, but neither its street railway nor its bus service includes interurban transportation operations.

The trial court reached the same conclusion as in the companion case of *Milwaukee E. R. & L. Co. v. Tax Commission, supra,* and for the reasons stated in the opinion which we are filing in that case the trial court's judgment must be affirmed.

*By the Court.*—Judgment affirmed.